# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00564-CV

**Keith Volk, Appellant**

**v.**

**Coryell County Sheriff's Office, Appellee**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-000290, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Keith Volk and Coryell County Sheriff's Office have filed a Joint Motion for Entry of Agreed Judgment, announcing that they have reached an agreement that resolves their dispute. We grant the motion. Consistent with their motion, we set aside the trial court's judgment without regard to the merits and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Set Aside and Remanded

Filed: July 12, 2023